**No. 11-6554. David Derringer, Petitioner v. Frances Elaine Baxter, et al.**

565 U.S. 1175, 132 S. Ct. 1139, 181 L. Ed. 2d 1013, 2012 U.S. LEXIS 611.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1041, 132 S. Ct. 591, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8139.

**No. 11-6613. Miguel Rivera, Petitioner v. United States.**

565 U.S. 1175, 132 S. Ct. 1139, 181 L. Ed. 2d 1013, 2012 U.S. LEXIS 634.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1018, 132 S. Ct. 560, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 7998.

**No. 11-6714. Robert Anthony Escareno, aka Robert A. Escareno, Petitioner v. Mike Evans, Warden.**

565 U.S. 1175, 132 S. Ct. 1139, 181 L. Ed. 2d 1013, 2012 U.S. LEXIS 667.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1068, 132 S. Ct. 779, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8589.

**No. 11-6532. In re Angel Ruiz Rivera, Petitioner.**

565 U.S. 1175, 132 S. Ct. 1139, 181 L. Ed. 2d 1013, 2012 U.S. LEXIS 643.

January 17, 2012. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 1033, 132 S. Ct. 590, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8129.

**No. 11-6692. Kenneth D. Beverly, Petitioner v. United States.**

565 U.S. 1175, 132 S. Ct. 1140, 181 L. Ed. 2d 1013, 2012 U.S. LEXIS 676.

January 17, 2012. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 1030, 132 S. Ct. 561, 181 L. Ed. 2d 416, 2011 U.S. LEXIS 8004.

**No. 10-10875. Shirley Williams, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 1175, 132 S. Ct. 1140, 181 L. Ed. 2d 1013, 2012 U.S. LEXIS 648.

January 17, 2012. Motion for leave to file a petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this motion.

Former decision, 565 U.S. 932, 132 S. Ct. 374, 181 L. Ed. 2d 237, 2011 U.S. LEXIS 6523.